ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------X
:   Chapter 11
In re:   :
:   Case No. 09-11914 (KJC)
BUTLER SERVICES   :
INTERNATIONAL, INC., *et al.*,[1]   :   (Joint Administration Requested)
:
Debtors.   :   **Related Docket No. 19, 36**
:
:
------------------------------------------------X

**ORDER SHORTENING NOTICE AND EXPEDITING HEARING ON
MOTION TO SHORTEN NOTICE AND TO EXPEDITE HEARING
ON DEBTORS' (A) MOTION PURSUANT TO BANKRUPTCY CODE
SECTIONS 105, 363 AND 365 AND BANKRUPTCY RULES 2002, 6004
AND 6006 (I)(A) APPROVING PROCEDURES IN CONNECTION WITH
SOLICITING BIDS FOR A SALE OF SUBSTANTIALLY ALL OF THE
DEBTORS' ASSETS, (B) AUTHORIZING THE DEBTORS TO ENTER
INTO A STALKING HORSE AGREEMENT IN CONNECTION WITH THE
SALE OF THE ASSETS, (C) APPROVING CERTAIN BID PROTECTIONS
IN CONNECTION THEREWITH, (D) APPROVING THE FORM AND
MANNER OF SALE NOTICE, AND (E) SCHEDULING AUCTION AND
SALE HEARING DATES; (II) APPROVING THE SALE OF THE ASSETS
FREE AND CLEAR OF ALL INTERESTS; (III) ASSUMPTION AND
ASSIGNMENT OF ASSUMED CONTRACTS; AND (IV) GRANTING
RELATED RELIEF AND (B) AMENDED MOTION FOR ORDER
AUTHORIZING THE DEBTORS TO FILE UNDER SEAL
CERTAIN PORTIONS OF THE STALKING HORSE AGREEMENT
AND RELATED DOCUMENTS**

Upon the motion (the "Motion to Shorten") of the above-captioned debtors and debtors in possession (the "Debtors") pursuant to section 102 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Butler Services International, Inc. (1282); Butler International, Inc. (4321); Butler of New Jersey Realty Corp. (7593); Butler Service Group, Inc. (2289); Butler Publishing, Inc. (1211); Butler Telecom, Inc. (3416); Butler Utility Service, Inc. (8023); Butler Services, Inc. (5420); and Butler Resources, LLC (3504).

of Delaware (the "Local Rules"), to shorten the notice period under Rule 9006-1(c) of the Local Rules and Rule 2002(a) of Federal Rules of Bankruptcy Procedure and to expedite the hearing on the (A) Motion to Approve Sale Pursuant to Bankruptcy Code Sections 105, 363, and 365 and Bankruptcy Rules 2002, 6004, and 6006 (I) (A) Procedures in Connection With Soliciting Bids for a Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into a Stalking Horse Agreement in Connection With the Sale of the Assets, (C) Approving Certain Bid Protections in Connection Therewith, (D) Approving the Form and Manner of Sale Hearing Dates; (II) Approving the Sale of the Assets Free and Clear of All Interests; (III) Assumption and Assignment of Assumed Contracts; and (IV) Granting Related Relief (the "Bidding Procedures Motion") and (B) Amended Motion to File Under Seal Certain Portions of the Stalking Horse Agreement and Related Documents (the "Seal Motion" and, with the Bidding Procedures Motion, the "Motions"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motions is sufficient, and that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Court will conduct a hearing on the Motions on June 12, 2009, at 10:00 a.m. Prevailing Eastern Time; and it is further

ORDERED that any responses to the Motions shall be filed with the Court and served upon: (i) counsel for the Debtors, (ii) the Office of the United States Trustee; (iii) counsel to the Committee, if and when appointed, (iv) counsel to the DIP Agent, (v) counsel to the Purchase; and (vi) counsel to Garrison no later than June 10, 2009, at 4:00

p.m. Prevailing Eastern Time, with an exception solely for the Official Committee of Unsecured Creditors, if any, in these cases the objection deadline for which shall be no later than June 12, 2009, at 10:00 a.m.; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
June 5, 2009

*Kevin J. Carey*

Honorable Kevin J. Carey
Chief United States Bankruptcy Judge