ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: Chapter 11
In re :
:
BUTLER SERVICES :
INTERNATIONAL, INC., et al.,[2] : Case No. 09-11914 (KJC)
: (Jointly Administered)
Debtors. :
: **RE: Docket No. 564**
------------------------------------------------------------x

## ORDER APPROVING THE STIPULATION AND
## AGREED ORDER ALLOWING ADMINISTRATIVE CLAIM OF
## CHIEF EXECUTIVE GROUP, LLC

Upon consideration of the Stipulation and Agreed Order Allowing Administrative Claim of Chief Executive Group, LLC (the "Stipulation"), attached hereto as Exhibit 1; and upon finding that the terms of the Stipulation are in the best interest of the estates, it is hereby:

ORDERED that the Stipulation is approved in its entirety.

Dated: March 4, 2010
Wilmington, Delaware

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

---

[2] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Butler Services International, Inc. (1282); Butler International, Inc. (4321); Butler of New Jersey Realty Corp. (7593); Butler Service Group, Inc. (2289); Butler Publishing, Inc. (1211); Butler Telecom, Inc. (3416); Butler Utility Service, Inc. (8023); Butler Services, Inc. (5420); and Butler Resources, LLC (3504).

BAY:01502988v1