**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BUTLER SERVICES INTERNATIONAL, INC., *et al.*,[1] | ) ) ) | Case No. 09-11914 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 31, 2010 AT 3:00 P.M.**

**RESOLVED MATTER**

1.  Request of Chief Executive Group, LLC for Allowance and Payment of Administrative Expense Claim [Filing Date: 01/29/10; Docket No. 527]

    Related Documents:

    a)  Notice of Hearing Regarding Request Chief Executive Group, LLC for Allowance and Payment of Administrative Expense Claim [Filing Date: 02/12/10; Docket No. 542]

    b)  Certification of Counsel Regarding Stipulation and Agreed Order Allowing Administrative Claim of Chief Executive Group [Filing Date: 03/03/10; Docket No. 564]

    c)  Order Approving the Stipulation and Agreed Order Allowing Administrative Claim of Chief Executive Group, LLC [Filing Date: 03/04/10; Docket No. 565]

    Objection Deadline: February 22, 2010 at 4:00 p.m.

    Responses Received: None.

    Status: An order approving this matter has been entered and no hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each of the Debtor's federal tax identification number, are: Butler Services International, Inc. (1282); Butler International, Inc. (4321); Butler of New Jersey Realty Corp. (7593); Butler Service Group, Inc. (2289); Butler Publishing, Inc. (1211); Butler Telecom, Inc. (3416); Butler Utility Service, Inc. (8023); Butler Services, Inc. (5420); and Butler Resources, LLC (3504).

[2] **Amended items appear in bold.**

**CONTESTED MATTER GOING FORWARD**

2.  Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Sections 105(a), 363, 365 and 1112(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order (a) Approving a Stipulation Among the Debtors, the Committee and the Prepetition Second Lien Parties, (b) Dismissing the Debtors Chapter 11 Cases, and (c) Granting Certain Related Relief [Filing Date: 03/01/10; Docket No. 557]

    Related Documents:

    a)  Debtors' Motion to Limit Notice of the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Sections 105(a), 363, 365 and 1112(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order (a) Approving a Stipulation Among the Debtors, the Committee and the Prepetition Second Lien Parties, (b) Dismissing the Debtors Chapter 11 Cases, and (c) Granting Certain Related Relief [Filing Date: 03/01/10; Docket No. 558]

    b)  Notice of Hearing [Filing Date: 03/01/10; Docket No. 559]

    c)  Order Limiting Notice of the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Sections 105(a), 363, 365 and 1112(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order (a) Approving a Stipulation Among the Debtors, the Committee and the Prepetition Second Lien Parties, (b) Dismissing the Debtors Chapter 11 Cases, and (c) Granting Certain Related Relief [Filing Date: 03/02/10; Docket No. 561]

    Objection Deadline: March 24, 2010 at 4:00 p.m.

    Responses Received:

    d)  United States Trustee's Objection to Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Sections 105(a), 363, 365 and 1112(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order (a) Approving a Stipulation Among the Debtors, the Committee and the Prepetition Second Lien Parties, (b) Dismissing the Debtors Chapter 11 Cases, and (c) Granting Certain Related Relief [Filing Date: 03/21/10; Docket No. 576]

e) Limited Objection of the ACE Companies to the Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Sections 105(a), 363, 365 and 1112(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order (a) Approving a Stipulation Among the Debtors, the Committee and the Prepetition Second Lien Parties, (b) Dismissing the Debtors Chapter 11 Cases, and (c) Granting Certain Related Relief [Filing Date: 03/24/10; Docket No. 580] **(RESOLVED)**

**Additional Related Documents:**

f) **Motion of the Debtors for Leave to File a Reply to the United States Trustee's Objection to Joint Motion of the Debtors and the Official Committee of Unsecured Creditors Pursuant to Sections 105(a), 363, 365 and 1112(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order (a) Approving a Stipulation Among the Debtors, the Committee and the Prepetition Second Lien Parties, (b) Dismissing the Debtors Chapter 11 Cases, and (c) Granting Certain Related Relief [Filing Date: 03/29/10; Docket No. 585]**

g) **Order Authorizing the Debtors to File a Reply Beyond the Deadline Established by the Local Rules [Filing Date: 03/29/10; Docket No. 586]**

h) **Reply of Butler Services International, Inc. to the United States Trustee's Objection to the Debtors' and Official Committee of Unsecured Creditors' Joint Motion Pursuant to Sections 105(a), 363, 365 and 1112(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Entry of an Order (a) Approving a Stipulation Among the Debtors, the Committee and the Prepetition Second Lien Parties, (b) Dismissing the Debtors Chapter 11 Cases, and (c) Granting Certain Related Relief [Filing Date: 03/29/10; Docket No. 587]**

Status: This matter will go forward.

Dated: March 29, 2010  
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Charlene D. Davis (No. 2336)
Jamie L. Edmonson (No. 4247)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302)658-6395

      -and-

MOSES & SINGER LLP
Alan E. Gamza, Esquire
Andrew P. Lederman, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700

*Attorneys for Debtors and Debtors in Possession*