Butler International
Cash Rollforward / Budget ($000's)
As of March 30, 2010

| | ACCRUED AND UNPAID | | | BUDGET | | |
|---|---|---|---|---|---|---|
| | November and prior | December | January | February | Winddown | TOTAL |
| Beginning cash balance | | | | | | 637 |
| Plus: Misc cash receipts/refunds, etc. | | | | | | - |
| Less: Payroll | | | | | 2 | 2 |
| Administrative claims (a) | | | | 12 | | 12 |
| Other | | | 1 | 6 | 13 | 20 |
| Moses & Singer | | | | | | - |
| Potter Anderson | 36 | 28 | 27 | 15 | | 106 |
| Bayard | 6 | - | 1 | 5 | | 12 |
| Proskauer | 19 | 26 | 25 | 25 | 25 | 120 |
| JH Cohn | 3 | 3 | 10 | | | 16 |
| Donlin Recano | 10 | 12 | 10 | | | 32 |
| RAS Management Advisors | | | | | | - |
| R. Uyematsu | | - | | - | | - |
| US Trustee / Noticing Fees | | | | | 20 | 20 |
| Total expenses | 74 | 69 | 74 | 63 | 60 | 340 |
| Less: Distribution Reserve | | | | | | 150 |
| Excess Cash (for transfer to Secured Lender) | | | | | | 147 |

(a) Administrative Claims
Hidef Technologies  12
TOTAL  12