ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------X
:
In re: : Chapter 11
:
BUTLER SERVICES : Case No. 09-11914 (KJC)
INTERNATIONAL, INC. :
:
Debtor :
: RE: DOCKET NO. 641
------------------------------------------------X

**ORDER PURSUANT TO 11 U.S.C. § 1112(b)**
**DISMISSING THE DEBTOR'S CHAPTER 11 CASE**

Upon the joint motion of Butler Services International, Inc. (the "*Debtor*"), and its affiliated debtors and debtors-in-possession (collectively, the "*Debtors*") and the Official Committee of Unsecured Creditors (the "*Committee*") pursuant to sections 105(a), 363, 365 and 1112(b) of the Bankruptcy Code, for an Order (i) approving the stipulation by and among the Debtors, the Committee and Monroe Capital Management Advisors LLC as agent (the "*Prepetition Second Lien Agent*") for Monroe Capital Advisors LLC and Garrison Investment Group LLC (collectively the "*Prepetition Second Lien Lenders*" and, together with the Prepetition Second Lien Agent, the "*Prepetition Second Lien Parties*") (the "*Settlement Stipulation*"), (ii) dismissing the Debtors' Chapter 11 cases, and (iii) granting certain related relief (the "*Motion*") and a hearing having been held on the Motion, and an Order having been entered on March 31, 2010, which Order was subsequently amended on April 13, 2010 (the "*Dismissal Order*"), and the Dismissal Order having provided for, *inter alia*, dismissal of the Debtor's case upon the filing of a Certification of Counsel for the Debtor (the "*Certification*"), and Debtor's co-counsel having filed such a Certification, dated May 26, 2010, and the Court having determined

that the Certification complies with the requirements set forth in the Dismissal Order; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that pursuant to section 1112(b) of the Bankruptcy Code, the Debtor's chapter 11 case shall be and hereby is dismissed; and it is further

ORDERED that the terms of the Dismissal Order shall apply to such dismissal.

Dated: Wilmington, Delaware
May __, 2010

_____
KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE